| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>JOHN L. BARBER, SB# 160317 |
| 2 |    E-Mail: John.Barber@lewisbrisbois.com<br>JULIE W. O'DELL, SB# 291083 |
| 3 |    E-Mail: Julie.ODell@lewisbrisbois.com<br>DRAKE A. MIRSCH, SB# 328526 |
| 4 |    E-Mail: Drake.Mirsch@lewisbrisbois.com<br>650 Town Center Drive, Suite 1400 |
| 5 | Costa Mesa, California 92626<br>Telephone: 714.545.9200 |
| 6 | Facsimile: 714.850.1030 |
| 7 | Attorneys for Defendant<br>BRAIFORM ENTERPRISES, INCORPORATED |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TAPIA, an individual, on behalf of herself, other current and former aggrieved employees, and the State of California, as a private attorneys general; LIDIA RIOS, an individual, on behalf of herself, other current and former aggrieved employees, and the State of California, as a private attorneys general; SALVADOR MORA, an individual, on behalf of himself, other current and former aggrieved employees, and the State of California, as a private attorneys general; HILDA AMBRIZ, an individual,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BRAIFORM ENTERPRISES INCORPORATED, a New York corporation; and DOES 1 through 25, Inclusive,<br><br>        Defendants. | CASE NO.: 8:19-CV-02434-JVS (DFMx)<br><br>**BRAIFORM ENTERPRISES, INC.'S STATUS REPORT**<br><br>Action Filed:   December 19, 2019<br>Trial Date:      None Set |

## BRAIFORM ENTERPRISES, INC.'S STATUS REPORT

Pursuant to the Court's September 30, 2020 Minute Order, Defendant Braiform Enterprises, Inc. ("Debtor" or "Defendant"), through counsel, hereby submits the following Status Report:

- Debtor's voluntary petition for bankruptcy protection in the United States Bankruptcy Court for the Western District of North Carolina, presently proceeding as Case No. 20-10275, continues;
- this proceeding remains stayed under 11 U.S. Code section 362;
- the 341(a) Meeting of Creditors was held on October 29, 2020;
- proof of Creditors' claims was due by December 29, 2020;
- a discharge has not yet been ordered;
- the next Joint Status Report will be due on June 29, 2021.

Prior to filing this Status Report, on February 28, 2021, counsel for Defendant e-mailed counsel for Plaintiffs Maria Tapia, Hilda Ambriz, Lidia Rios and Slavador Mora to discuss preparing the status report. Plaintiffs' counsel did not respond. Then again, on March 1, 2021, counsel for Defendant emailed Plaintiffs' counsel, attaching a draft of the proposed "Joint Status Report." Again, Plaintiff's counsel did not respond.

DATED: March 1, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Drake A. Mirsch_
Julie W. O'Dell
Drake A. Mirsch
Attorneys for Defendant BRAIFORM ENTERPRISES INCORPORATED

## CERTIFICATE OF SERVICE

I, Nydia Shannon, certify and declare on March 1, 2021, I electronically filed the foregoing documents: **BRAIFORM ENTERPRISES, INC.'S STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 1, 2021, at Costa Mesa, California.

                                         */s/ Nydia Shannon*
                                         NYDIA SHANNON